# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| THOMAS RAYMOND, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 24-cv-3361 |
| BOARD OF TRUSTEES SOUTHERN ILLINOIS UNIVERSITY, | ) ) ) ) |
| Defendant. | ) ) |

## RULE 26 REPORT

On February 17, 2025, the parties, through their respective counsel, met to formulate a proposed discovery schedule for consideration by the Court. The following are dates upon which the parties have agreed and are suggesting to the Court for a discovery schedule:

1. Parties will exchange initial disclosures pursuant to Fed.R.Civ.P. 26(a)(1) by **April 1, 2025.**

2. The deadline for amendment of pleadings is **May 1, 2025.**

3. The deadline for joining additional parties is **May 1, 2025.**

4. The Plaintiff shall disclose any expert witness no later than **July 15, 2025.**

5. The Defendant shall disclose any expert witness no later than **September 15, 2025.**

6. The close of fact discovery deadline is **November 12, 2025.**

7. All discovery is to be completed by **November 1, 2025.** At this point, the parties do not anticipate the need for expert discovery.

      8. The deadline for filing case dispositive motions shall be **December 1, 2025.**

      9. The parties have discussed electronically stored information (ESI) and understand their obligation to preserve all such information that is relevant to these proceedings. That having been said, the parties do not anticipate a significant amount of ESI. It is likely that there will be discovery requests made for certain email correspondence that is relevant to these proceedings. Should these requests be made the requesting party shall include, as part of its request, specific information to be sought and search terms to utilize in conducting a search. Inadvertent production of privileged documents will not waive the privileged nature of those documents. Should privileged documents be inadvertently produced, receiving counsel shall have an obligation to return said documents when requested by producing counsel.

| | |
|---|---|
| Thomas Raymond | Board of Trustees Southern Illinois University |
| By: s/ John A. Baker<br>    His Attorney | By: s/ Thomas H. Wilson (by consent)<br>    One of its Attorney |
| John A. Baker<br>Baker, Baker & Krajewski, LLC<br>415 South Seventh Street<br>Springfield, Illinois 62701<br>(T) (217) 522-3445<br>(F) (217) 522-8234<br>(E) jab@bbklegal.com | Thomas H. Wilson<br>HeplerBroom LLC<br>4340 Acer Grove Drive<br>Springfield, Illinois 62701<br>(T) (217) 528-3674<br>(F) (217) 528-3964<br>thw@heplerbroom.com |

## Certificate of Service

      This document was filed utilizing the Court's ECF system.  A copy will automatically be served on all counsel of record.  No copies have been served via any alternative method of service.

                                  Thomas Raymond

                         By: /s/ John A. Baker
                                His Attorney

John A. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
Telephone:   (217) 522-3445
Facsimile:    (217) 522-8234
E-mail:   jab@bbklegal.com